IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | No. 3:10-CR-00308-P |
| | § | |
| MICHAEL MUSACCHIO (1) | § | |

GOVERNMENT'S AMENDED EXHIBIT LIST

The government submits the following list of exhibits in the above referenced case. The government reserves the right to amend or supplement the list prior to trial.

| NO. | EXHIBIT DESCRIPTION | COMMENT | O | A |
| --- | --- | --- | --- | --- |
| 1 | Diagram of Exel management structure Pre Sept. 18, 2004 | | | |
| 2 | Diagram of Exel management structure Post Oct. 27, 2005 | | | |
| 3 | **RESERVED FOR TIMELINE** | | | |
| 4 | H-R record showing Musacchio employment agreement | | | |
| 5 | H-R record showing Musacchio separation agreement and general release | | | |
| 6 | 9/30/04 email from Musacchio to List, Oppenheimer "Business Plan - Confidential Re Overt Act 3 | | | |
| 7 | Email exchange between Musacchio and Brown obtained from Exel server Subject: ETS 12/21/04; Re Overt Act 4 | | | |
| 8 | TTS Management Structure | | | |

**Gov. Amended Exhibit List  pg. 1   (U.S. v. Musacchio)**

| # | Description | COMMENT | O | A |
|---|---|---|---|---|
| 9 | Stolen Email to Damman from Hadland in Damman's email account re Ex. 7; Re Overt Act 4 | | | |
| 10 | Email Exchange between Brown and Musacchio Re: "You will enjoy this...." 01/08/05; Re Overt Act 5 | | | |
| 11 | Exel HR records of Payroll Employee Data, Signed Associate Understanding pertaining to Exel Code of Conduct, Exel Code of Ethics and Code of Conduct 2005, and Exel Code of Business Conduct April 1997 | | | |
| 12 | Stolen Email exchange between Daniel Avramovich and Chris Stephens in Avramovich's email account re Ex. 10; Re Overt Act 5 | | | |
| 13 | Email exchange between Vielhaber and Musacchio Re: "Next File;" discusses "covertness" of the operation; Re Overt Act 6 | | | |
| 14 | Email exchange between Brown and Musacchio RE: "Latest...." 04/22/05; Re Overt Act 7 | | | |
| 15 | Email exchange between Painter and Brown about Exel email policy, 8/26/2002 | | | |
| 16 | Stolen Email exchange between Damman and Andrew Hadland in Damman's email account re Ex. 14; Re Overt Act 7 | | | |
| 17 | Email exchange between Brown and Musacchio RE: "Agency Info" 08/23/05 with attachment; Re Overt Act 9 | | | |
| 18 | Email exchange between Painter and Merrill on 10/25-26/2005 about Exel E-Mail Communications Policy | | | |
| 19 | Attachment "Agency Information.xls sent from Brown to Musacchio; Re Overt Act 9 | | | |

**Gov. Amended Exhibit List  pg. 2   (U.S. v. Musacchio)**

| | | COMMENT | O | A |
|---|---|---|---|---|
| 20 | Email exchange between Brown and Musacchio RE: "Subject SWRU containers..." 08/29/05; Re Overt Act 10 | | | |
| 21 | Email exchange between Bill Reed and all ETS employees found in Damman's account re Ex. 20; Re Overt Act 10 | | | |
| 22 | Email exchange between Brown and Musacchio RE: "Leading Edge 14" 09/01/05; Re Overt Act 11 | | | |
| 23 | Email on 9/20/05 from Brown to Musacchio sending copy of stolen email from Damman email account and Attachment (See also Ex. 25); Re Overt Act 12 | | | |
| 24 | Email from Damman's email account re Ex. 22; Re Overt Act 11 | | | |
| 25 | Email exchange between Brown and Musacchio 09/20/05 re Ex. 23; Re Overt Act 12 | | | |
| 26 | IIS log excerpt from Exel webserver (Ex. 178) re Overt Act 12 | | | |
| 27 | Filtered excerpt from IXDOMACC server re Overt Act 12 | | | |
| 28 | Stolen email from Damman's Exel email account re Overt Act 12 | | | |
| 29 | Email exchange between Brown and Musacchio Re "Even more interesting" 09/20/05; Re Overt Act 13 | | | |
| 30 | IIS log excerpt from Exel webserver (Ex. 178) (15:48 to 15:53 for total users); Re Overt Act 13 | | | |
| 31 | IIS log Filtered Extract from Exel webserver for only Exchange Services Account from Brown's internal IP account; Re Overt Act 13 | | | |

**Gov. Amended Exhibit List  pg. 3   (U.S. v. Musacchio)**

| | | COMMENT | O | A |
|---|---|---|---|---|
| 32 | Attachment to Ex. 29 re Exel "Phantom Stock Awards"; Re Overt Act 13 | | | |
| 33 | Email exchange 12-10-04 between Brown and Musacchio ("007") | | | |
| 34 | Email exchange between Brown and Musacchio "Subject: From Jim to Andrew" on 09/21/05 (Contains partial copy from Ex. 38); Overt Act 15 | | | |
| 35 | Email from Brown's Bell South account to Musacchio at home, "Subject: More info!" 09-21-05; Re Overt Act 15 | | | |
| 36 | IIS log excerpt from Exel webserver (Ex. 178) for IXDOMACC; Re Overt Act 15 | | | |
| 37 | Filtered IIS log excerpt re Ex. 36 for IXDOMACC ; Re overt Act 15 | | | |
| 38 | Stolen email from Damman's Exel email account re Ex. 34; Re Overt Act 15 | | | |
| 39 | Email exchange between Brown and Musacchio Re: "Interesting reading...." 10/10/05; Re Overt Act 16, 17 | | | |
| 40 | IIS log excerpt from Exel webserver (Ex. 178) re Ex. 41; Re Overt Act 16 | | | |
| 41 | Stolen email between Damman and Merrill in Damman's email account re Ex.39; Re Overt Act 16, 17 | | | |
| 42 | Filtered IIS log excerpt re Ex. 40, 41; Re Overt Act 16 | | | |
| 43 | Email from Musacchio to Oppenheimer & List 1-7-05; Re overt Act 1 | | | |
| 44 | Email from Musacchio to Oppenheimer on or about 8-31-05 with attached "Chronology Report to Attorneys for CIC"; Re Overt Acts 1 & 2 | | | |

| | | COMMENT | O | A |
|---|---|---|---|---|
| 45 | Brown's email re Ex. 46. (First email in chain with attachments); Re Overt Act 18 | | | |
| 46 | Email exchange between Brown and Musacchio Re: "You will enjoy this ..." 10/14/05 (See Ex. 45 for attachments); Re Overt Act 18 | | | |
| 47 | Stolen email from Damman's Exel email account re Ex. 45, 46; Re Overt Act 18 | | | |
| 48 | Email exchange between Musacchio and Brown with the subject "FW: Follow Up" 10/14/05 Re Overt Act 19 | | | |
| 49 | Email exchange between Brown and Musacchio with the subject "Re: From Dick to Jim" 10/26/05; Re Overt Act 20 | | | |
| 50 | Filtered IIS log excerpt re Ex. 46; Re Overt Act 18 | | | |
| 51 | Stolen email from Damman's email account re Ex. 49; Re Overt Act 20, 23 | | | |
| 52 | Email exchange between Musacchio and Doug List with subject "RE: from Dick to Jim" sent 10/27/05; Re Overt Act 20, 23 | | | |
| 53 | Email exchange between Brown and Musacchio, subject line "RE: Numbers," on 10/29/05; Re Overt Act 21 | | | |
| 54 | Demonstrative exhibit for Overt Act 24; Re Overt Act 24 | | | |
| 55 | Email exchange between Brown and Musacchio, subject:"How funny is this shit!"on 11/01/05; Re Overt Act 24 | | | |
| 56 | IIS log excerpt from Exel webserver re Ex. 55 (same as filtered); Re Overt Act 24 | | | |

**Gov. Amended Exhibit List  pg. 5   (U.S. v. Musacchio)**

| | | | | |
|---|---|---|---|---|
| 57 | Stolen email from Damman's Exel email account re Ex. 55; subject "RE: Brad Young;"Overt Act 24 | **COMMENT** | **O** | **A** |
| 58 | Email exchange between Musacchio and List, subject "RE: Rob Ebinger," on 11/21/05; Overt Act 31 | | | |
| 59 | Email exchange between Brown and Musacchio, subject "RE: Edie, and other misc. gossip" 11/03/05; Re Overt Act 25 | | | |
| 60 | IIS log filtered excerpt re Ex. 66; Re Overt Act 26 | | | |
| 61 | Stolen Email exchange between Damman and Avramovich on 11/8/05, subject "Re: Kim Shipp," and exchange between Brown and Musacchio concerning the stolen email, subject: Talk between Jim and Dan;" Overt Act 27 | | | |
| 62 | Stolen email exchange between Damman and Avramovich, 11/08/05, subject "Re: Kim Shipp;" sent by Brown to Musacchio, subject "Talk between Jim and Dan;" Overt Act 27 | | | |
| 63 | Email from Brown to Musacchio on 11/7/05, subject: "From Jim to Dan/Andrew/Tony | | | |
| 64 | Email exchange between Brown and Musacchio, subject "RE: Fw: From Jim to Dan/Andrew/Tony" 11/07/05, sent by Musacchio to K. Shipp; Re Overt Act 26 | | | |
| 65 | Stolen email from Damman's email account re Ex. 64; Re Overt Act 26 | | | |
| 66 | IIS log excerpt from Exel webserver re Ex. 64 (see Ex. 60); Re Overt Act 26 | | | |
| 67 | Email exchange between Brown and Musacchio 11/09/05 Re: "Talk between Jim and Dan" and forwarded to Sue Musacchio on 11/09/05; Re Overt Act 27 | | | |

**Gov. Amended Exhibit List  pg. 6   (U.S. v. Musacchio)**

| | | COMMENT | O | A |
|---|---|---|---|---|
| 68 | IIS log excerpt from Exel webserver re Ex. 67 (see Ex. 67); Re Overt Act 27 | | | |
| 69 | Stolen email from Damman's email account re Ex. 67 | | | |
| 70 | Filtered IIS log excerpt from Exel webserver re Ex. 67, 68; Re Overt Act 27 | | | |
| 71 | Email exchange between Brown and Musacchio RE: "They have no idea!" Forwarded to S. Musacchio; Re Overt Act 28 | | | |
| 72 | Filtered IIS log excerpt from Exel webserver (Ex. 178) re Ex. 71; Re Overt Act 28 | | | |
| 73 | Stolen email from Damman's Exel email re Ex. 71; Re Overt Act 28 | | | |
| 74 | IIS log excerpt from Exel webserver (Ex. 178) ; re Overt Act 28 | | | |
| 75 | Storm's Edge Technologies Media Inventory April 17, 2012 | | | |
| 76 | Alvares & Marsal Chain of Custody | | | |
| 77 | TTS Backup tapes | | | |
| 78 | 14 CDs containing TTS mail merges | | | |
| 79 | Email exchange between Bowers and Musacchio with documents attached 11/20/04; Overt Act 30 | | | |
| 80 | Email exchange between List and Musacchio Subject: Rob Ebinger12/14/05; Overt Act 31 | | | |
| 81 | Email from Musacchio 11/06/05 to Condon, Brown Re: Rodney Noble Info.; Re Overt Act 33 | | | |
| 82 | Email from Musacchio to Brown 12/27/05 pertaining to TTS Domain; Re Overt Act 33 | | | |
| 83 | Email exchange between Brown and Musacchio RE: "ETS Email" 11/25/05; Re Overt Act 33/Count 2 | | | |

**Gov. Amended Exhibit List  pg. 7   (U.S. v. Musacchio)**

| | | COMMENT | O | A |
|---|---|---|---|---|
| 84 | IIS log excerpt from Exel webserver for Overt Act 33/Count 2 (CD); Re Overt Act 33/Count 2 | | | |
| 85 | Filtered Excerpt of Exel IIS log re Ex. 84; Re Re Overt Act 33/Count 2 | | | |
| 86 | Email from Musacchio to List 11/26/05 with attached Exel Memorandum; Re Overt Act 34 | | | |
| 87 | Email reply from List to Musacchio email in Ex. 86 RE: "ETS Direction for Agents" 11/28/05; Re Overt Act 35 | | | |
| 88 | Email from Brown to Musacchio 01/06/06 No subject line; Re Overt Act 36 | | | |
| 89 | Email exchange between Brown and Musacchio RE: "BMW" 01/06/06; Re Overt Act 37 | | | |
| 90 | Filtered IIS log excerpt from Exel webserver (Ex. 178) re Ex. 89; (See Ex. 123 for unfiltered extract); Re Overt Act 37 | | | |
| 91 | Email from Musacchio to Brown and others RE: "Confidential Information"; Re Overt Act 38 | | | |
| 92 | Brown signed TTS employment offer letter 10/21/05; Re Overt Act 39 | | | |
| 93 | Kelly signed TTS employment offer letter 10/24/05 | | | |
| 94 | Email from Brown to Musacchio RE: "ETS Email" 01/07/06 and Brown's reply; Re Overt Act 40 | | | |
| 95 | Email between Kelly and Brown (duplicate of email in Ex 96 sourced from ASR image); Re Overt Act 41 | | | |
| 96 | Email exchange between Brown and Kelly RE: "Web Portal Printing" 01/08/06; Re Overt Act 41 | | | |

**Gov. Amended Exhibit List  pg. 8  (U.S. v. Musacchio)**

| # | Description | COMMENT | O | A |
|---|---|---|---|---|
| 97 | Email from Brown to Musacchio RE: "Back door Success" 01/08/06; Re Overt Act 41 | COMMENT | O | A |
| 98 | CD with excerpt of IIS logs from Exel webserver for Jan. 8, 2006, lines 1808-1853; Re Overt Act 41 | | | |
| 99 | Filtered version of Ex. 98; Re Overt Act 41 | | | |
| 100 | Email exchange between Brown and Musacchio RE: "LoadTech" 01/12/06; Re Overt Act 42 | | | |
| 101 | Email exchange between Brown and Musacchio RE "Go hunting" 01/17/06; Re Overt Act 43 | | | |
| 102 | Email from Brown to Musacchio RE:"Unbelievable email between Jim and Dick .....they are paranoid! 01/17/06; Re Overt Act 44 | | | |
| 103 | Excerpt from Exel webserver IIS log (Ex. 178) re Ex. 102; Re Overt Act 44 | | | |
| 104 | Filtered excerpt from Exel webserver IIS log re Ex. 102, 103; Re Overt Act 44 | | | |
| 105 | Stolen mail exchange between Damman and Merrill in Damman's email account dated 01/17/06 re Ex. 102; Re Overt Act 44 | | | |
| 106 | Email Exchange between Brown and Musacchio RE: "Emails" 01-21-06; Re Overt Act 45 | | | |
| 107 | Email exchange between Brown and Musacchio RE: "From Dick Merrill to an outside attorney"; Re Overt Act 46 | | | |
| 108 | Excerpt of IIS log from Exel webserver (Ex. 178) re Ex. 107; Re Overt Act 46 | | | |
| 109 | Filtered excerpt of IIS log from Exel webserver re Ex. 107, 108; Re Overt Act 46 | | | |

**Gov. Amended Exhibit List  pg. 9   (U.S. v. Musacchio)**

| | | COMMENT | O | A |
|---|---|---|---|---|
| 110 | Email from Musacchio to Brown RE: "Delete" 01/21/06 (Re Ex. 108, 109); Re Overt Act 47 | | | |
| 111 | Email from Musacchio to Brown RE: "Deleting" 01/22/06 (Re: Ex. 106); Re Overt Act 45 | | | |
| 112 | Email exchange between Musacchio and Brown RE: "Levi sent email info to Damman–DELETE AFTER READING"; Re Overt Act 48 | | | |
| 113 | Exerpt of IIS log from Exel webserver re Ex. 112 on CD; Re Overt Act 48 | | | |
| 114 | Filtered excerpt of IIS log from Exel webserver re Ex. 112, 113 on CD; Re Overt Act 48 | | | |
| 115 | Email exchange between Musacchio and Brown "RE: Confidential-Pepsico/Frito Lay" 02/23/06 ; Re Overt Act 49 | | | |
| 116 | Excerpt of IIS log from Exel webserver (Ex. 178) re Ex. 115; Re Overt Acts 49, 51, 52, 53, 54 | | | |
| 117 | Stolen email from Damman's Exel email account copied and pasted in Ex. No. 115; Re Overt Act 49 | | | |
| 118 | Email exchange between Brown and Musacchio RE: "Very interesting..." 02/23/06; Re Overt Act 50 | | | |
| 119 | Filtered excerpt of IIS log from Exel webserver re Ex. 116; Re Overt Acts 49, 51, 52, 53, 54 | | | |
| 120 | Stolen email from Damman email account re Ex. 118; Re overt Act 50 | | | |
| 121 | Email exchange between Brown and Musacchio RE: "Long....but good" 02/23/06 ; Re Overt Act 51 | | | |

**Gov. Amended Exhibit List  pg. 10 (U.S. v. Musacchio)**

| | | | | |
|---|---|---|---|---|
| **122** | Stolen email from Damman email account re Ex. 121; Re Overt Act 51 | **COMMENT** | **O** | **A** |
| **123** | CD of IIS log excerpt from Exel webserver (Ex. 178); (see filtered excerpt at Ex. 90; Re Overt Act 37 | | | |
| **124** | Email exchange between Musacchio RE: "He sounds pist!" 02/23/06; Re Overt Act 52 | | | |
| **125** | Stolen email from Damman email account re Ex. 124 | | | |
| **126-134** | **RESERVED** | | | |
| **135** | Email exchange between Brown and Musacchio 02/23/06; Re Overt Act 53 | | | |
| **136** | **RESERVED** | | | |
| **137** | Stolen email from Damman's email account re Ex. 135; Re Overt Act 53 | | | |
| **138** | Email exchange between Brown and Musacchio 02/23/06; Re Overt Act 54 | | | |
| **139** | Stolen email from Damman's email account re Ex. 138; Re Overt Act 54 | | | |
| **140** | Email exchange between Brown and Musacchio RE: "Letter going to West Farm" 02/25/06; Re Overt Act 55 | | | |
| **141** | IIS log excerpt and filter from Exel webserver; re Ex. 140; Re Overt Act 55 | | | |
| **142** | **RESERVED** | | | |
| **143** | Stolen email from Damman's email account re Ex. 140 and attachment re West Farm | | | |
| **144** | Email exchange between Musacchio and Brown 02/26/06 No subject line; Re Overt Act 56 | | | |

**Gov. Amended Exhibit List  pg. 11 (U.S. v. Musacchio)**

| # | Description | Comment | O | A |
|---|---|---|---|---|
| 145 | IIS log excerpt and filtered excerpt from Exel webserver re Ex. 144; Re Overt Act 56 | **COMMENT** | **O** | **A** |
| 146 | **RESERVED** | | | |
| 147 | Stolen email dated 2/25/06 from Damman email account re Ex.144; Re Overt Act 56 | | | |
| 148 | Email exchange between Musacchio and Brown 03/07/06; Re Overt Act 57 | | | |
| 149 | IIS log excerpt and filter excerpt from Exel webserver re Ex. 148; Re Overt Act 57 | | | |
| 150 | Email exchange between Brown and Musacchio RE: "Remember to completely delete" 03/16/06; Re Overt Act 58 | | | |
| 151 | IIS log excerpt and filtered excerpt from Exel webserver re Ex. 150; Re Overt Act 58 | | | |
| 152 | **RESERVED** | | | |
| 153 | Email exchange between Musacchio and Brown RE: "Very long but very good information" 03/18/06; Re Overt Act 59 | | | |
| 154 | CD of IIS log excerpt from Exel webserver re Ex. 153; Re Overt Act 59, 60 | | | |
| 155 | Filtered IIS log excerpt from Exel webserver re Ex. 153, 154; ; Re Overt Act 59. 60 | | | |
| 156 | Email exchange between Musacchio and Brown Re: "Dan is outa there!" 03/18/06; Re Overt Act 60 | | | |
| 157 | **RESERVED** | | | |
| 158 | **RESERVED** | | | |
| 159 | Email exchange between Brown and Musacchio RE: "Load Tech" 03/24/06**;** Re Overt Act 61 | | | |

**Gov. Amended Exhibit List  pg. 12 (U.S. v. Musacchio)**

| | | | | |
|---|---|---|---|---|
| **160** | Email from Brown to Musacchio RE: "Load Tech" 03/24/06**;** Re Overt Act 61 | **COMMENT** | **O** | **A** |
| **161** | Email from Brown to Musacchio RE: "Bad News" 03/24/06; Re Overt Act 61 | | | |
| **162** | Email from Musacchio to Brown RE: "Bad News" 03/25/06; Re Overt Act 61 | | | |
| **163** | **RESERVED** | | | |
| **164** | Admissions by Musacchio in Exel v. TTS | | | |
| **165** | Amended Admissions by Musacchio in Exel v. TTS | | | |
| **166** | TTS blackberry exchange server log on CD | | | |
| **167** | Comcast business records | | | |
| **168** | BellSouth business records for Brown email account (See demonstrative at Ex. 217) | | | |
| **169** | Hotmail business records re KLS0564@hotmail.com | | | |
| **170** | Demonstrative Extracts from Exel OWA logs (Ex. 176 - Ex. 179) | | | |

**Gov. Amended Exhibit List pg. 13 (U.S. v. Musacchio)**

| | | | | |
|---|---|---|---|---|
| **171** | 3 Photos of 2 "My Book" cardboard boxes and 2 My Books.  The My Book drives contain 27 images of hard drives  from Exel computers bearing NTRCFL labels  DL048741 and DL048742.  The  My Books including but not limited to the following images of Exel computers: SB-1-31 Exel webmail server disc 1, pre TRO SB-1-32 Exel webmail server disc 2, pre TRO; SB-1-TG-1 Target drive for Exel webmail server disc1, post TRO; SB-1-TG-2 Target drive for Exel webmail server disc2, post TRO; SB-1-WSD-1 Webmail server disc 1, post TRO; SB-1-WSD-2 Webmail server disc 2, post TRO; SB-1-VPN Exel VPN server post TRO; 2006-02-14-5 Damman pst file pre TRO | **COMMENT** | **O** | **A** |
| **172** | NTRCFL hard drive DL048741 | | | |
| **173** | NTRCFL hard drive DL04872 | | | |
| **174** | Chain of Custody forms (37 pages) by G-C Partners for Exel images | | | |
| **175** | **RESERVED** | | | |
| **176** | CD with copy of Exel IIS Exchange OWA logs from Exel Webmail Server from Ex. 172 (1-1 Pre TRO) | | | |
| **177** | CD with copy of Exel IIS Exchange OWA logs from Exel Webmail server from Ex. 172 (1-2 Pre TRO) | | | |
| **178** | CD with copy of Exel IIS Exchange OWA logs from Exel Webmail server from Ex. 172 (1-3 Post TRO) | | | |

**Gov. Amended Exhibit List  pg. 14 (U.S. v. Musacchio)**

| | | COMMENT | O | A |
|---|---|---|---|---|
| 179 | CD with copy of Exel IIS Exchange OWA logs from Exel Webmail server from Ex. 172 (1-4 Post TRO) | | | |
| 180 | CD with copy of logs from Exel Blade Servers | | | |
| 181 | CD with copy of logs from Exel DHCP server | | | |
| 182 | Photos of hard drives containing images of TTS servers prepared by ASR Data: including but not limited to:<br><br>box of hard drives;<br>Mike M. Desktop server MDA01;<br>Mike M. Optiplex server;<br>Brown home machine;<br>Mike Kelly laptop;<br>Mike Kelly desktop no. 2;<br>Mike Kelly home machine HPJKP01;<br>ADM 1-4 , including:<br>Front end RAID 5 and<br>Back end RAID;<br>EMC 1-4, Exchange 1-4 and FNP 1-4;<br>Systems 1-4 | | | |
| 183 | hard drives with images, labelled Systems 1 of 4 thru Systems 4 of 4 | | | |
| 184 | hard drives with images, labelled FNP 1 of 4 thru Systems 4 of 4 | | | |
| 185 | hard drives with image, labelled Exchange 1 of 4 thru 4 of 4 | | | |
| 186 | CD with copy of IIS Exchange OWA logs from TTS Exchange Front end RAID1. Excerpt from TTS IIS logs Ex. 184 | | | |
| 187 | CD with copy of IIS Exchange OWA logs from TTS Exchange Back end RAID1. Excerpt from TTS IIS logs Ex. 184 | | | |

**Gov. Amended Exhibit List  pg. 15 (U.S. v. Musacchio)**

| | | | | |
|---|---|---|---|---|
| 188 | CD with copy of IIS Exchange OWA logs from TTS. Blade Servers. Excerpt from Ex. 185 | **COMMENT** | **O** | **A** |
| 189 | ASR Data Chain of Custody records (30 pages) | | | |
| 190 | Gorgal Inventory | | | |
| 191 | Excerpt from Ex. 187 for Jan. 8, 2006 re Count 1, Overt Act 41, | | | |
| 192 | Excerpt from Ex. 187 for Jan. 9, 2006 re Count 1, Overt Act 41 | | | |
| 193 | Excerpt from Ex. 187 for Jan. 22, 2006, Count 1, Ct. 3, Overt Act 46 | | | |
| 194-199 | **RESERVED** | | | |
| 200 | Network diagrams of Exel computers | | | |
| 201 - 203 | **RESERVED** | | | |
| 204 | Static IP assignments internal to Exel for 12/18/05 | | | |
| 205 | Notes from Richardson and Kelly conversations written by Kelly | | | |
| 206 | Cert,.copy of order for ASR Data to image TTS computers | | | |
| 207 | Cert. Copy of Formation of Total Transportation LLC | | | |
| 208 | Cert. Copy of Ltd. Partnership of Total Transportation Services LP | | | |
| 209 | App. For Registration for Texas Ltd. Partnership Total Transportation Services LP dba Worldwide Transportation Services in Texas | | | |

**Gov. Amended Exhibit List  pg. 16 (U.S. v. Musacchio)**

| | | | | |
|---|---|---|---|---|
| **210-216** | **RESERVED** | **COMMENT** | **O** | **A** |
| **217** | CD of Bell South records from Gov. Subpoena 4-12-10 (Ex. 168) | | | |
| **218** | Demonstrative Exhibit re Excerpt of Bell South records from Ex. 217 | | | |
| **219** | Forensics timeline | | | |
| **220** | Demonstrative exhibit re Reliability of imaged computers | | | |
| **221** | Demonstrative exhibit re Data Sources Excerpt from Ex. 220 | | | |
| **222** | BellSouth business records re Subscriber records for Brown for BellSouth (Re: Ex 217 and 168) | | | |
| **223** | Exel VPN log records | | | |
| **224** | Verizon bus. Records re UP addresses | | | |

**Gov. Amended Exhibit List pg. 17 (U.S. v. Musacchio)**

In addition, the government reserves the right to use in its case-in-chief, any exhibits identified on the defendants' exhibit lists.

<div style="margin-left: 40%;">

Respectfully submitted,

SARAH R. SALDAÑA
United States Attorney

 /s/ *Linda C. Groves*
LINDA C. GROVES
Assistant United States Attorney
Texas Bar No. 08553100
1100 Commerce, Third Floor
Dallas, Texas  75242-1699
Tel.  214.659.8600
Fax  214.659.8812
Linda.Groves@usdoj.gov

Richard D. Green
Trial Attorney
Pa. Bar No. 43758
Computer Crime Intellectual Property Section
U. S. Department of Justice
1301 New York Avenue NW, Suite 600
Washington, D.C.  20005
202.616.3475 Telephone
202.514.6113 Facsimile
Richard.Green@usdoj.gov

Candina S. Heath
Assistant United States Attorney
Texas Bar No. 09347450
1100 Commerce, Third Floor
Dallas, Texas  75242-1699
Tel.  214.659.8600
Fax  214.659.8812
Candina.Heath@usdoj.gov

</div>

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2013, I electronically filed the foregoing document with the clerk for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means

/s/ Linda Groves
LINDA GROVES
Assistant United States Attorney

**Gov. Amended Exhibit List  pg. 19 (U.S. v. Musacchio)**