IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | 3:10-CR-00308-P (1) |
| | § | |
| MICHAEL MUSACCHIO, | § | |
| Defendant | § | |

## ORDER

On October 9, 2013, Defendant Musacchio filed an Unopposed Motion for Release Pending Appeal. The request is **GRANTED/DENIED.**

**It is so ordered** this ___ day of _____ 2013.

_____
JUDGE JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE