IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 13-11294

_____

D.C. Docket No. 3:10-CR-308-1

United States Court of Appeals
Fifth Circuit
**FILED**
November 10, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

v.

MICHAEL MUSACCHIO,

      Defendant - Appellant

Appeal from the United States District Court for the
Northern District of Texas, Dallas

Before SMITH, BARKSDALE, and HAYNES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

HAYNES, Circuit Judge, concurring.



**Certified as a true copy and issued
as the mandate on Dec 17, 2014**

Attest: *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**